# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Sharon Leslie Brown,
Sharon Brown, Sharon browns 1074,
Sings1074, Lionheart

Write the full name of each plaintiff.

_____ CV _____

(Include case number if one has been assigned)

-against-

google, Distroid, sputiky,
Twitter, Youtube, Tiktok,
Facebook, All Social media,
platforms, Lulu. com. Ning. com
Big Tech, Boomdizzle, deezer, apple, Tidal et al
Itunes, boomplay et al

**COMPLAINT**

Do you want a jury trial?
☑ Yes ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Freedom of speech, freedom of Religion, Freedom of expression, Freedom to be a capitalist, pursuit of happiness/happyness, Civil rights, intellectual property rights All constitutional Rights have been trampled.

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen? NYS

The plaintiff , ~~⬛⬛⬛⬛~~ Sharon Brown is a citizen of the State of
(Plaintiff's name)

NYS
_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Individual artist to be Named later_, is a citizen of the State of
(Defendant's name)

_Operating in NYS, NYC homes property here and Various States_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_google, distrokd, spotify, Twitter youtube, tiktok,_

If the defendant is a corporation: _facebook, all social media platforms lulu.com Ning.com, Apple, tidal_

The defendant, _big tech, boomdizz_ is incorporated under the laws of _deezer, Itunes, boomplay et al_

the State of _Various, NYS, NYC based. et al_

and has its principal place of business in the State of _Various & NYS, NYC_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

_Parties refuse to give information to their legal counsel after I requested it especiall from twitter,x_

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_q.B_ _Sharon_ _L_ _Brown_

First Name          Middle Initial          Last Name

_130--0_ _140 street suite 1_
_s.B_ ~~[scribbled]~~

Street Address

_Jamica_ ~~[scribbled]~~ _NY 11436_
_3.B_

County, City          State          Zip Code

_1 929 624 0164_ _spotify.com site has_
                                      _Contact links_

Telephone Number          Email Address (if available)

_all or many site refuse to give return email for complaints_

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

_Spotify_ — *most companies work through, with Spotify and can be contacted*

First Name          Last Name

Current Job Title (or other identifying information)

_150 Greenwich Street_

Current Work Address (or other address where defendant may be served)

_Manhattan          NY NY          unknown *in WTC area*_

County, City          State          Zip Code

Defendant 2:

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 3:

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 4:

| | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| County, City | State | Zip Code |

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

✱ Distrokid - took my money for distribution deal fee then refused to distribute many of my projects for No reason. they made my Albums late because there website wouldn't load properly. When it did they refused good projects superstitiously or to help further other artist. - When I added my music to Distrokid competitions between artists It was never available to public to Vote on for feature IF it won Vote. I checked for years, they removed my music for no reason without warning. I need it put back on social media platforms and I need access to those accounts

google searches allows others to benefit from my work instead of me. Others show up when I put the name or easily identifiable unique works.

All companies, remove good content without cause, they aid plagiarists, cause monopoly, others get my views, likes, reposts, subscriptions, fans, friends, followers, boost in analytics that I lawfully own and garnered.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I've lost money from investments in making albums, equiptment, office material, likes, shares, views, reposts, subscription fees, fans, friends, followers, analytics skewed suppressed, money and earnings and opportunities past present future to earn make produce write

**IV. RELIEF** act etc in projects.

State briefly what money damages or other relief you want the court to order.

these are billion dollar ideas songs concepts and more.

any and all just and fair relief pain and suffering, mental anguish any and all torts applicable, having to sue for things that are obvious to perpetraitors and loss of business, stature, awards, recognition, my religious content desecrated by plagiarist etc.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

9/13/2024
Dated

Sharon Brown
Plaintiff's Signature

Sharon L. Brown
First Name        Middle Initial        Last Name

130-10 140 Street Suite 1
Street Address

Queens Jamaica        NY        11436
County, City        State        Zip Code

1-929-624-0164        Sharonbrowns1074
Telephone Number        Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Use fewer keywords or try these instead

No results for HETEROSEXUAL SHARON LESLIE BROWN.
Price and other details may vary based on product size and color.

heterosexual leslie brown Showing both results



Heterosexual, Heterosexual Heterosexual, H e t e r o
Sexual heterosexual, Hetero, God made me this way yo,...
by Sharon Leslie Brown
MP3 Music

$0⁹⁹

This item has not yet been released.
Or $0.99 to buy MP3



Heterosexual, Heterosexual Heterosexual, H e t e r o
Sexual heterosexual, Hetero, God made me this way yo,...
by Sharon Leslie Brown
MP3 Music

heterosexual sharon leslie



Forget Me Not by Sharon Forbes, 24x32-Inch

$64⁰⁰

FREE delivery **Wed, Aug 21**
More Buying Choices
$53.71 (2 new offers)

2 of 4                                                                          8/15/2024, 1:22 PM

Sharon Leslie Brown: álbuns, músicas, playlists | Ouvir no Deezer

https://www.deezer.com/pt/artist/167205277

**DEEZER**

Q Artistas, temas, podcasts...

Ofertas | Iniciar sessão | Inscrever-se



# Sharon Leslie Brown

♡

...

Discografia

00:00    ⤭    ↻    00:00

Pinterest    Today    Watch    Shop    Explore                                    Log in    Sign up

Explore



distrokid.com

**The Story Of Jesus Birth According To Matthew: Have A Happy Healthy Holy Hallelujah Christmas In Jesus Name by Sharon Leslie Brown distributed by DistroKid and live on Spotify**

Listen to the album The Story Of Jesus Birth According To Matthew: Have A Happy Healthy Holy Hallelujah Christmas In Jesus Name on Spotify

Leslie Brown    Story Of Jesus    Jesus Birth    Jesus Stories    In Jesus Name    >

Sharonbrown
14 followers

**Comments**

No comments yet! Add one to start the conversation

Add a comment

**More like this**



Instagram    Jackie Brown    May >
Jackie Brown · #alispalate

Ari's Palate

General Manager    Dean

Eli Schneider - Hakuna Mipaka
general manager 2024

Life

Psalms    The Lord    Psalm 12    T... >
"The words of the LORD are pure
words: As silver tried in a furnace o...

Joy Joy <3

God Our Father    I Believe In God    >

Dilantpanoboi

/    Sundan

Surja Leslie

Plaits    Hair    Starter Locs    Braid >
Alicia | UGC Creator on Instagram:
"Who loves a good hand out? ......

Españôle Loren

*pg 3 of 45*

Home

Search

Your Library

**Create your first playlist**

It's easy, we'll help you

Create playlist

**Let's find some podcasts to follow**

We'll keep you updated on new episodes

Browse podcasts

T...    Sign up    Log in

Album



# The S

Sharon Leslie Brown • 2022 • 10 s

List

| # | Title | |
|---|-------|---|
| 1 | Jesus birth 1, ...<br>Sharon Leslie Bro... | 4:06 |
| 2 | Mathew 1:17-2...<br>Sharon Leslie Bro... | 2:43 |
| 3 | Mathew 2:1-9, ...<br>Sharon Leslie Bro... | 3:45 |
| 4 | Mathew 2:10-...<br>Sharon Leslie Bro... | 5:46 |
| 5 | Follow that sta...<br>Sharon Leslie Bro... | 4:03 |
| 6 | Follow that sta...<br>Sharon Leslie Bro... | 4:59 |
| 7 | Follow that sta...<br>Sharon Leslie Bro... | 4:55 |
| 8 | Follow that sta...<br>Sharon Leslie Bro... | 4:30 |
| 9 | Have a happy ...<br>Sharon Leslie Bro... | 3:11 |
| 10 | oh have a hap...<br>Sharon Leslie Bro... | 4:36 |

Legal    Safety & Privacy Center    Privacy Policy    Cookies

About Ads    Accessibility    Notice at Collection

Your Privacy Choices

Cookies

English

**Preview of Spotify**

Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.

Sign up free



Life-changing Christian books by Karen Ehman
Shop now ›

ZON
DER
VAN
BOOKS

Keep It Shut: What to
Say, How to Say It, and
2,402

Let. It. Go.: How to Stop
Running the Show and
621

When Making Others
Happy Is Making You
377

Sponsored



Have a happy healthy holy hallelujah Summer in Jesus
name: Fill in the blank all year round celebration song...
by Sharon Leslie Brown
MP3 Music
$2⁹⁷
This item has not yet been released.
Or $2.97 to buy MP3

Sponsored



SEEING Christmas: An Inspiring Holiday Picture Book That
Will Have You and Your Kids Seeing Jesus Everywhere, N...
by Karen Stacy and Joel Schoon-Tanis  |  Aug 29, 2023
46
Paperback
$12⁹⁹

FREE delivery Wed, Aug 21 on $35 of
items shipped by Amazon
Or fastest delivery Sat, Aug 17



Savor A Shalom Sanctified Somber Saviour's Shed
Salvation On Good Friday In Jesus Name. Have A Happy...
by Sharon Leslie Brown
MP3 Music
$0⁹⁹
This item has not yet been released.
Or $0.99 to buy MP3



Have a happy healthy holy hallelujah Summer in Jesus
name (Acapella)
by Sharon Leslie Brown
MP3 Music



Pg 5
of 45



Have a happy healthy holy hallelujah celebration in Jesus
name (Acapella)
by Sharon Leslie Brown
**MP3 Music**



Have a happy healthy holy hallelujah birthday in Jesus
name (Acapella)
by Sharon Leslie Brown
**MP3 Music**



Savor A Shalom Sanctified Somber Saviour's Shed
Salvation On Good Friday In Jesus Name. Have A Happy...
by Sharon Leslie Brown
**MP3 Music**



The Art of Comedy Presents
2020 | TV-MA | CC
**Prime Video**

From **$1**⁹⁹ to rent
From $7.99 to buy

- Starring: Danny Cho , Joey Guila
  and Kevin Shea
- Directed by: Leslie Small



A Rare Breed
2011 | CC
4
**Prime Video**

From **$0**⁹⁹ to buy episode
From $9.99 to buy season

- Directed by: Peter Crawford



Live Parenting
2019 | CC
2
**Prime Video**

**$0**⁹⁹ to buy
$0.99 to rent

- Starring: Jamie Kaler , Carlos
  Alazraqui , Vanessa Vaughn , et
  al.
- Directed by: Jason Sereno

Pg 6
of 45

Delivering to Ashburn
Update location

Hello, return
Account & Lists
returns
& Orders

EN

All   Medical Care   Best Sellers   Amazon Basics   Prime   Today's Deals   New Releases   Music   Customer Service   Groceries   Amazon Home   Registry   Books   Pharmacy   Gift Cards   Smart Home   Fashion

All   HETEROSEXUAL SHARON LESLIE BROWN

Search

HOME          PODCASTS          LIBRARY



# Heterosexual, Heterosexual Heterosexual Heterosexual, H e t e r o Sexual heterosexual, Hetero, God made me this wa...

Sharon Leslie Brown

1 SONG • 2 MINUTES • JAN 19 2023

▶ Play     Purchase Options

TRACKS     DETAILS

1   Heterosexual, Heterosexual Heterosexual, H e t e r o  Sexual heterosexual, Het...     2:25

2569452 Records DK

Pg 7
of 43

Sign up        Log in

**Home**

**Search**

**Your Library**                                    +

Album

# Bliss

**Sharon Leslie Brown** • 2022 • 10 s

## Create your first playlist

It's easy, we'll help you

**Create playlist**

List

## Let's find some podcasts to follow

We'll keep you updated on new episodes

**Browse podcasts**

| # | Title | |
|---|-------|---|
| 1 | Joy to the wor... <br> Sharon Leslie Bro... | 2:04 |
| 2 | O come all ye f... <br> Sharon Leslie Bro... | 2:08 |
| 3 | Adeste fideles... <br> Sharon Leslie Bro... | 2:06 |
| 4 | Away in a man... <br> Sharon Leslie Bro... | 2:24 |
| 5 | O holy night - ... <br> Sharon Leslie Bro... | 2:52 |
| 6 | Silent night - A... <br> Sharon Leslie Bro... | 2:15 |
| 7 | Tidings of com... <br> Sharon Leslie Bro... | 1:48 |
| 8 | Hark the heral... <br> Sharon Leslie Bro... | 2:20 |
| 9 | Angels We hav... <br> Sharon Leslie Bro... | 1:49 |
| 10 | The first Noel -... <br> Sharon Leslie Bro... | 2:31 |

Legal    Safety & Privacy Center    Privacy Policy    Cookies

About Ads    Accessibility    Notice at Collection

Your Privacy Choices

Cookies

English

*pg 8*

**Preview of Spotify**
Sign up to get unlimited songs and podcasts with occasional ads. No credit card
needed.

**Sign up free**

Blissmas Christmas: Jesus Christ's Birth And His Worth, He Broke Sins Curse (Acape...

https://open.spotify.com/album/3d9nspMGjs5xN8Rd7WFDxv

**Home**

**Search**

**Your Library**

**Create your first playlist**

It's easy, we'll help you

**Create playlist**

Legal    Safety & Privacy Center    Privacy Policy    Cookies

About Ads    Accessibility    Notice at Collection

Your Privacy Choices

Cookies

[ English ]

**Sign up**     **Log in**

Album



# Blissmas

Sharon Leslie Brown • 2022 • 10 songs, 22 min 21 sec

List

| # | Title | |
|---|-------|---|
| 1 | Joy to the world - Acapella<br>Sharon Leslie Brown | 2:04 |
| 2 | O come all ye faithful - Acapella<br>Sharon Leslie Brown | 2:08 |
| 3 | Adeste fideles - Acapella<br>Sharon Leslie Brown | 2:06 |
| 4 | Away in a manger - Acapella<br>Sharon Leslie Brown | 2:24 |
| 5 | O holy night - Acapella | |

pg 9
or 45

**Preview of Spotify**

Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.

**Sign up free**

Sign up     Log in

Home

Search

Your Library

**Create your first playlist**
It's easy, we'll help you

**Create playlist**

Legal   Safety & Privacy Center   Privacy Policy   Cookies

About Ads   Accessibility   Notice at Collection

Your Privacy Choices

Cookies

**English**

# I'm gonn

Song

# I'm gonn

**Sharon Leslie Brown** • Bigger than Beyonce: Watch Wha



**Artist**
**Sharon Leslie Brown**

## Recommended
Based on this song

Signs of the Ti...

**Preview of Spotify**
Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.

**Sign up free**

pg 10
of 45

Sign up        Log in

🏠 **Home**

🔍 **Search**

📚 **Your Library**    +

### Create your first playlist
It's easy, we'll help you

**Create playlist**

### Let's find some podcasts to follow
We'll keep you updated on new episodes

**Browse podcasts**

Song



# I'm g

**Sharon Leslie Brown** • Bigger thar



Artist
**Sharon Leslie Brown**

## Recommended
Based on this song



| | | |
|---|---|---|
| Signs o... <br> E Jones ... | 2,917 |
| KFJC (8... <br> The Shad... | |
| Blue Til... <br> Powell Pe... | |
| Ho-Ho-... <br> Negativla... | 1,091 |
| Smart B... <br> E Rich R... | |

From the Ep
**Bigger than Beyonce: Watc...**

Legal    Safety & Privacy Center    Privacy Policy    Cookies

About Ads    Accessibility    Notice at Collection

Your Privacy Choices ✅❌

Cookies

English

*pg 11*
*ocus*

**Preview of Spotify**
Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.

**Sign up free**

I'm gonna be, Bigger than Beyonce, Watch what I say, I don't do it for the money, I do...

https://open.spotify.com/track/0ZXYiYrQsMfIW53LniPrng

Sign up          Log in

# I'm gonr

Song

# I'm gonp

**Sharon Leslie Brown** · Bigger than Beyonce: Watch Wha'



**Artist**
**Sharon Leslie Brown**

## Recommended
Based on this song

Signs of the Ti...

**Sign up free**

**Home**

**Search**

**Your Library**

## Create your first playlist
It's easy, we'll help you

## Create playlist

Legal   Safety & Privacy Center   Privacy Policy   Cookies

About Ads   Accessibility   Notice at Collection

Your Privacy Choices

Cookies

English

**Preview of Spotify**
Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.

INICIO    PODCASTS



Álbum

# Caution, This will break your...

Sharon Leslie Brown

0 CANCIONES • 1 MINUTO • APR 19 2022

▶ Reproducir

3869452 Records DK

Escucha música y podcasts GRATIS en Amazon Music. Sin necesidad de suscripción.    Escucha Gratis

P.g 13
OF 45

Caution, This will break your heart, Abortion (Acapella) - Single by Sharon Leslie ...

https://open.spotify.com/album/6Xv2IU2ilanbaoW7dt9G0

Sign up    Log in

Single

# Caution,

**Sharon Leslie Brown • 2022 • 1 song, 1 min 28 sec**

List

Home

Search

Your Library

**Create your first playlist**
It's easy, we'll help you

**Create playlist**

| # | Title | | 🕐 |
|---|-------|---|----|
| 1 | Caution, This will break your heart, ...<br>Sharon Leslie Brown | | 1:28 |

April 19, 2022
℗ 2022 3869452 Records DK
℗ 2022 3869452 Records DK

Legal   Safety & Privacy Center   Privacy Policy   Cookies

About Ads   Accessibility   Notice at Collection

Your Privacy Choices

Cookies

**Company**

**Communities**

English

Pg 14
OF 45

**Preview of Spotify**
Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.

**Sign up free**



Pinterest    Today    Watch    Shop    Explore                                    Log in    Sign up

Explore

distrokid.com

**Caution Tape: Homelessness is not a crime by Sharon Leslie Brown distributed by DistroKid and live on iTunes**

Listen to the album Caution Tape: Homelessness is not a crime on iTunes

Music    Leslie Brown    Caution Tape    The Album    New Album    Apple Music

Sharonbrown
14 followers

**Comments**

No comments yet! Add one to start the conversation.

Add a comment

## More like this



Piano    Bobby Mcferrin    Music Pr...
Bobby McFerrin
Explore Bluesoundz Radio's 307 photos on Flickr!
Bluesoundz Haene

Art    Jacob Anderson    Interview V...
Emily von Flahl

Los Angeles    True Roots    Soul Art...
Kem | iHeart
Share My Life, Nobody, Love Calls
Kaitlyn Walton

Tumblr    Colin Kaepernick    J Cole...
Shannon Bass

Dreadlocks    Kendrick Lamar    A Fu...
Danny Brown "Putting the Final Touches" on New Album – In...
JessicaKeys • Music

me when i drive around town before my concert to try and hunt down air <3 •!
Basketball Skills    So Silly    With M...
so silly
wish me luck chat mine | no reposts
dandelion/***

New Books    Soul Music    Music I...
Robert Davis

Songs
AJ3read4
Agirband
Fxrt

Pinterest   Today   Watch   Shop   Explore                              Log in   Sign up



## Sharonbrown

#SalvationbywayofJesus I take the Covenant of the rainbow very seriously.

 sharonbrown51074 ·

14 followers · 28 following

 Follow

Created    Saved



**What a real Saint is!**
1 Pin · 4y



**Favorite bible verses**
4 Pins · 4y



**Names and Titles of...**
1 Pin · 4y

**TBA**
0 Pins · 4y



**Jokes**
1 Pin · 4y



**The Names of Jesus!**
1 Pin · 4y



**what meditation really...**
1 Pin · 4y



**Salvation is of the Jew...**
4 Pins · 1 section · 4y




**Jesus is God in the...**
1 Pin · 4y




**View on Abortion**
2 Pins · 4y



**Jesus fulfilled this...**
1 Pin · 4y



**Was Jesus Christian or...**
3 Pins · 4y




**The real meaning of t...**
1 Pin · 4y

### More ideas from Sharonbrown



**The Sharon Brown Podcast**
Sharon Leslie Brown Jeter aka lionheart for president

Religion & Spirituality

The Sharon Brown podcast is a Christian podcast! I believe that Jesus Christ is Lord.
I'm saved Sanctified holy ghost-filled water baptized! My run for President

This podcast is to get you closer to God or to introduce you to God if you don't know him!

And to clear up some incorrect things that are believed about God!

and to also introduce you to things that you probably haven't noticed in the scripture before. But it's there.

There will be music: some original songs and some remakes.

i will also be speaking about social issues from a biblical perspective.
And other topics that come up!

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2024 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map    Choose your country or region

**10 Aug 2024**
**Islamic mental health system is banned worldwide. Islam @UN @WHO is banned world wide. satanic system** ›
Islamic mental health system is banned worldwide. Islam @UN @WHO is banned worldwide. satanic system

▶ PLAY    7 min

**26 JUL 2024**
**motorcycle dance, Are you ready for this** ›
motorcycle dance, Are you ready for this

▶ PLAY    3 min

**20 JUL 2024**
**Our soul has escaped like a bird out of the snare of the Fowler. Podcast album. Yah. Defend Israel** ›
Our soul has escaped like a bird out of the snare of the Fowler. Podcast album. Yah. Defend Israel Sharon Leslie Brown Jeter for President Of The United States of America. @derekjeter for Vice President Of The United States of America.

▶ PLAY    2 min

**20 JUL 2024**
**I have good times with God Good times clean heart Jesus Christ is Lord. Podcast album. Defend Israel** ›
i have good times with God Good times clean heart Jesus Christ is Lord. Podcast album. Defend Israel

▶ PLAY    1 min

**20 JUL 2024**
**Instruments of praise podcast album. Release The Hostages Let Yahweh's People Go. Lord Jesus Christ** ›
Instruments of praise podcast album. Release The Hostages Let Yahweh's People Go. Lord Jesus Christ

▶ PLAY    1 min

**20 JUL 2024**
**Steering wheel I'm in control. I got to give God thanks for the tanks. podcast Album. Defend Israel** ›
Steering wheel I'm in control. I got to give God thanks for the tanks. podcast Album. Defend Israel

▶ PLAY    1 min

Show 10 More Episodes

Pinterest   Today   Watch   Shop   Explore
Log in   Sign Up










into the red sea. Pharoah and every...
Sharonbrown
Follow me into the Red Sea,
pharoah and ennalse

with homosexuality not a bitch will...
Sharonbrown
I don't fuck with
homosexuality not a bitch




amendiers rights, gun rights, Pop...
Sharonbrown
Second amendment rights,
Jesus is 2nd amendment

d, They pay Me MIND when I'm on...
Sharonbrown
They pay me MIND when I'm
on my Grind









horn, Freedom in the 49 year jubile.
Sharonbrown
Blow your horn Freedom 49
year overturn roe v Wade

butterfly sting like a bee and now...
Sharonbrown
Jesus got the buzz,

'Heterosexual, Heterosexual...
Sharonbrown
God made me this way yo

horn, Freedom in the 49 year jubile...
Sharonbrown
Roe versus Wade anniversary
yet overturned song

of Jehoshaphat battle rap attack, 9!
Sharonbrown
Jehoshaphat battle rap attack
album





Music  Leslie Brown  In Jesus N...
Have A Happy Healthy
Hallelujah New year in
Check L...
Happy Heal...
Healthy Holy Hallejah New
Hallejah lesus save m

Happy Healthy Holy Hallelujah Ne...
Sharonbrown
Healthy Holy Hallelujah New
Year in Jesus Name

pg 18
o 45

Caution Tape: Homelessness is not a crime by Sharon Leslie ...

https://www.pinterest.com/sharonbrown51074/

Pinterest    Today    Watch    Shop    Explore

Log in    Sign up

Pg 19
of 45

Search Artists, Songs, Albums, Videos

Download

Log in / Sign up

**Music**

Home

Trending

New

Artists

Videos

Playlists

Charts

Genres

**Library**

Artists / Sharon Leslie Brown

# Sharon L...

| Current #99k+ | All Time #592k |

Country/Region : Others

| 1 | 0 | 0 |

**Songs(0)**    Albums(0)    Playlists(C

Search within tracks

Get Premium

pg 20
of 45

This site uses cookies. By using this site, you agree to our ........ and ........

**Download**

Search Artists, Songs, Albums, Videos

Artists / Sharon Leslie Brown

Log in / Sign up

**Music**

Home

Trending

New

Artists

Videos

Playlists

Charts

Genres

**Library**

## Sharon L...

Current #99k+      All Time #592k

Country/Region : Others

1              0              0

**Songs(0)**      Albums(0)      Playlists(C

Search within tracks

Get Premium

This site uses cookies. By using this site, you agree to our ........... ...... and ...........

pg 21 of 45

Google      apple itunes sharon leslie brown    ✕   🎤   📷   🔍        ⚙   ⠿   Sign in

All   Images   Videos   News   Shopping   Forums   Web   ⋮ More      Tools

 Apple Music
https://music.apple.com › artist › sharon-leslie-brown ⋮

### Sharon Leslie Brown
Listen to music by **Sharon Leslie Brown** on **Apple** Music. Find top songs **and** albums by **Sharon Leslie Brown**.

 Apple Music
https://music.apple.com › artist › s... · Translate this page ⋮

### Sharon Leslie Brown
Thưởng thức nhạc của **Sharon Leslie Brown** trên **Apple** Music. Tìm top bài hát và album của **Sharon Leslie Brown**.

 Apple Music
https://music.apple.com › artist › s... · Translate this page ⋮

### Sharon Leslie Brown
在**Apple** Music 聆聽**Sharon Leslie Brown**的音樂。尋找**Sharon Leslie Brown**最熱門的歌曲和專輯。

 Apple Music
https://music.apple.com › artist › s... · Translate this page ⋮

### Sharon Leslie Brown
在**Apple** Music 中聆听**Sharon Leslie Brown**的音乐。查找**Sharon Leslie Brown**的热门歌曲和专辑。

 Spotify - Web Player: Music for everyone
https://open.spotify.com › artist ⋮

### Sharon Leslie Brown
Listen to **Sharon Leslie Brown** on Spotify. Artist · 0 monthly listeners.
Missing: apple itunes

 Apple
https://podcasts.apple.com › podcast › the-sharon-brown... ⋮

### The Sharon Brown Podcast on Apple Podcasts
The **Sharon Brown** podcast is a Christian podcast! I believe that Jesus Christ is Lord. I'm saved Sanctified holy ghost-filled water baptized!

 Spotify - Web Player: Music for everyone
https://open.spotify.com › playlist ⋮

### Sharon Leslie Brown Radio
Playlist · **Sharon Leslie Brown** Radio · 50 songs · 2 likes.
Missing: apple itunes

📌 Pinterest
https://www.pinterest.com › Explore ⋮

### Caution Tape - Homelessness is not a crime on iTunes
**Apple** Music. Caution Tape: Homelessness is not a crime by **Sharon Leslie Brown** distributed by DistroKid **and** live on **iTunes**. From. distrokid.com. Listen to the ...

📷 Instagram · sharonbrown51074
150+ followers

### Sharon Leslie Brown Jeter AKA Mrs Derek ...
156 Followers. 617 Following. 1219 Posts - **Sharon Leslie Brown** Jeter AKA Mrs Derek Jeter

**11367, Queens, NY** - Based on your past activity - Update location

*[handwritten: Pg 22 of 45]*

Sharon Leslie Brown (@sharonbrown51074)

**Sharon Leslie Brown** on all streaming platforms services **iTunes** Deezer distrokid YouTube Boomplay **Apple** Podcasters. original sound - **Sharon Leslie Brown**. 0 ...

1 2 3 4 5 6 7 8 9 10        Next

Google

Sign in

deezer sharon leslie brown heterosexual    X

All    Images    Videos    Shopping    Forums    News    Web    ⋮ More    Tools

▶ Videos    ⋮

Hello everyone from The Black Beautiful Shulamite Woman ...

TikTok · sharonbrown51074
Apr 30, 2023

0:09

say no to porn and yes to #breastfeeding: #people have ...

TikTok · sharonbrown51074
Nov 18, 2023

0:59

Taylor swift and another plagurist stole shake it off from me ...

TikTok · sharonbrown51074
Oct 24, 2023

1:01

#Biblical #Bible #Rapture #OldTestament #NewTestament ...

TikTok · sharonbrown51074
Oct 8, 2022

0:15

Feedback

View all →

TikTok · Sharon Leslie Brown
570+ followers

_pg 34
OF 45_

11367, Queens, NY · Based on your past activity · Update location

deezer sharon leslie brown heterosexual - Google Search
https://www.deezer.com › artist  :

## Leslie Brown: albums, songs, playlists

Sign up for **Deezer** for free and listen to **Leslie Brown**: discography, top tracks and playlists.

Missing: ~~sharon heterosexual~~



Deezer
https://www.deezer.com › artist · Translate this page  :

## Sharon Leslie Brown: álbuns, músicas, playlists

Inscreva-se gratuitamente no **Deezer** e ouça **Sharon Leslie Brown**: discografia, temas mais ouvidos e playlists.

Missing: ~~heterosexual~~ | Show results with: heterosexual

Spotify - Web Player: Music for everyone
https://open.spotify.com › artist  :

## Sharon Leslie Brown

Listen to **Sharon Leslie Brown** on Spotify. Artist · 0 monthly listeners.

Missing: ~~deezer heterosexual~~



TikTok · Sharon Leslie Brown
230+ views · 9 months ago  :

## All I want For Christmas Is You baby Jesus. this is the song ...

TikTok video from **Sharon Leslie Brown** (@sharonbrown51074): "All I want For Christmas Is You baby Jesus. this is the song I wrote over 30 ...

Images  :



pg 32
or 45

2 of 3

Google
sharon leslie brown boomplay                    ✕  🎤 🔍

All    Videos    images    News    Shopping    Forums    Web    ⋮ More          Tools

---

Ⓑ Boomplay Music
https://www.boomplay.com › artists  ⋮

**Sharon Leslie Brown - Songs**

Listen to **Sharon Leslie Brown** latest songs and albums online, download **Sharon Leslie Brown** songs MP3 for free, watch **Sharon Leslie Brown** hottest music ...

---

⊡ Videos  ⋮

▶  #Pre-save my new #album #song #songs "Caution Tape ...

0:09     TikTok · sharonbrown51074
         Nov 30, 2022

         Acoustic Duo Sharon Leslie & Daniel Kasnitz 2/2/18

1:08:53  YouTube · Brattleboro Community TV
         Feb 23, 2018

▶  Taylor swift and another plagurist stole shake it off from me ...

1:01     TikTok · sharonbrown51074
         Oct 24, 2023

▶  1"me Jane you Tarzan"You get that from Adam and Eve in the ...

0:09     TikTok · sharonbrown51074
         Dec 27, 2021

                                              Feedback

         View all  →

---

♪ TikTok · Sharon Leslie Brown
   570+ followers                    ⋮

**Sharon Leslie Brown (@sharonbrown51074)**

**Sharon Leslie Brown** beautiful and beautiful luxurious hair. I'm looking like a model. I did the hair. I worked in a beauty parlor salon independently. black . .

---

a  Amazon.com
   https://www.amazon.com › A-wounded-Lion-Lionheart...  ⋮

**A wounded Lion, Lionheart (Acapella) by Sharon Leslie ...**

Check out A wounded Lion, Lionheart (Acapella) by **Sharon Leslie Brown** on Amazon Music. Stream ad-free or purchase CD's and MP3s now on Amazon.com.
30-day returns
Missing: boomplay | Show results with: boomplay

---

Ⓑ Boomplay Music
   https://www.boomplay.com › playlists  ⋮

**Sharon brown**

Stream and download **Sharon brown**, a playlist created by Sharont2mpy on **Boomplay**. Download all **Sharon brown** songs for offline listening for free.
Missing: leslie | Show results with: leslie

---

Spotify - Web Player: Music for everyone
https://open.spotify.com › artist  ⋮

Sharon Leslie Brown

---

11367, Queens, NY - Based on your past activity - Update location

All I Want For Christmas Is You baby Jesus. this is the song ...

TikTok video from **Sharon Leslie Brown** (@sharonbrown51074): "All I want For Christmas Is You baby Jesus. this is the song I wrote over 30 ..

## Images ⋮

| | | |
|---|---|---|
| Sharon Leslie Brown beautiful... | Sharon Leslie Brown \| Spotify | question from @sharonbrow... |
| 🎵 TikTok ⋮ | 🔵 Spotify ⋮ | 🎵 TikTok ⋮ |

Feedback

6 more images ∨

Ⓑ Boomplay Music
https://www.boomplay.com › episode ⋮

### Episode #141. Sharon Garlough Brown | Podcast

**Sharon** Garlough **Brown** is an author, spiritual director, speaker and cofounder of Abiding Way Ministries, an organization providing spiritual retreats and ...

▶ YouTube · Sharon Brown
6 hours ago ⋮

### Sharon Leslie Brown Jeter boxer's daughter song. Jesus ...

**Sharon Leslie Brown** Jeter boxer's daughter song. Jesus Christ is Lord song by **Sharon Leslie Brown**! No views · 2 minutes ago ...more ...

1:01

1 2 3 4 5 6     Next

 Music

Q Tìm kiếm

⌂ Trang chủ

⊞ Khám Phá

((•)) Radio

♫ Mở trong ứng dụng Nhạc ↗

# Sharon Leslie Brown

**Nhận miễn phí hơn 100 triệu bài hát trong 1 tháng.**

Cùng toàn bộ thư viện nhạc trên mọi thiết bị của bạn. 1 tháng miễn phí, sau đó tiếp tục với giá $10.99/tháng.

Hoa Kỳ

Español (México)   العربية   Русский   简体中文   Français (France)   한국어   Português (Brazil)   繁體中文 (台灣)

English (US)

Bản quyền © 2024 Apple Inc. Giữ toàn quyền.

Điều khoản dịch vụ Internet   Apple Music và Quyền Riêng Tư   Cảnh báo về cookie   Hỗ Trợ   Phản hồi

Dùng thử miễn phí

8/15/2024, 1:17 PM

https://www.amazon.com/music/player/artists/B09Y96RWHF/sharon-leslie-brown

Delivering to Queens 11435
**Update location**

All ▾ Search Amazon

EN

Hello, sign in
**Account & Lists** ▾

Returns
**& Orders**

All    Medical Care    Best Sellers    Amazon Basics    Prime    Today's Deals    New Releases    Music    Customer Service    Groceries

HOME    PODCASTS    LIBRARY    Search

ARTIST

# Sharon Leslie Brown

(▸) Play Similar Music

**We're sorry, but this artist is no longer available.**

pg 29
OF 45




☰    ▶ **YouTube**      Search   🔍   🎤     ⋮   ⊙ Sign in

⌂   Home

🎬   Shorts

▤   Subscriptions

▣   You

🕐   History

Sign in to like videos,
comment, and subscribe.

⊙ **Sign in**



# Sharon Leslie Brown - Topic

7 subscribers

More about this channel ...more

support.google.com/youtube?p=sub_to_oac

**Subscribe**

**Explore**

🜂   Trending

🛍   Shopping

♫   Music

🎬   Movies & TV

((•))   Live

🎮   Gaming

▤   News

🏆   Sports

💡   Courses

👗   Fashion & Beauty

🎙   Podcasts

⦁⦁⦁   Playables



This channel doesn't have any content



▶ YouTube

≡   sharon brown 2150   ✕   🔍

← Home

✂ Shorts

◀ Subscriptions

**You** ›

⊠ Your channel

↻ History

≣ Playlists

▲ Your videos

⏱ Watch later

👍 Liked videos

✂ Your clips

# Sharon Brown

@sharonbrown2150 · 72 subscribers · 506 videos

Saved, Sanctified, Holy Ghost filled, Speaking in tongues. YHWH (Yahweh - I am) is...**More**

Customize channel    Manage videos

🔍 Community



9:35    5:31

⋮                                        ⋮

#ThatsOcraycray #ChristianComedySkit ##LegitFit    #eboniciaebonicachristian #ThatsOcraycray
#EboniciaEbonicaChristian #doallthingsuntotheLord    #ChristianComedyWithASeriousSide #Christi...

7 views · 2 years ago                                4 views · 2 years ago

**Subscriptions**

Fox News       (•))

Newsmax        (•))

Bloomberg Quic...  (•))

# ▶ YouTube

≡

**Sharon Brown - YouTube**

🔍   ✕

← Home

Shorts

Subscriptions

**You** >

▦ Your channel

⟳ History

≣ Playlists

▶ Your videos

🕐 Watch later

👍 Liked videos

✂ Your clips

**Subscriptions**

Fox News

Newsmax

Bloomberg Quic...

## Community

🔍



**1:01**
...ways love you
...lie Brown Jeter...
...y ago

**refuge God is our
ways present in...**

**down in new Orleans part
two. sung by Sharon Leslie...**
No views

**down in new orleans, God's
been faithful, song by Sharo...**
1 view

**Jesus Christ died and R
from his jail pose. song**
No views

**God delays are to drive your
enemies into the Red Sea a...**
No views • 2 days ago

**1:51**

**Tina Turner was a adulterer
who stole Ike from real first...**
14 views • 6 days ago



**1:11**

**Samson and Delilah. De
wasn't original. his othe**
1 view • 7 days ago

Pg 39
K 45

 **YouTube**

sharonbrown3003

 Home

Shorts

Subscriptions

**You** ›

Your channel

History

Playlists

Your videos

Watch later

Liked videos

Your clips

**Subscriptions**

Fox News

Newsmax

Bloomberg Quic...





## Sharon Brown

@sharonbrown3003 · 15 subscribers · 137 videos

https://t.co/KBgVdauTZP ...more

🔔 Subscribed ✓





5:10

1:08

Have a happy healthy holy hallelujah New Year in Jesus name. #SoulfulVersion #ChristianSoul #Soul

4 views · 2 years ago

Is a #fantasy
To tell the truth that Christ is the meaning of #Christmas is my mission.
I dropped a comet on Cupid and dondered on blitzen.
Jesus Christ was born to save the sinforn

#Santasy #SantaFantasy #SayNoToSanta #SantaIsFakeJesusIsRealChristmas...

6 views · 2 years ago

Pg 33
CK 45

Update location

All   Medical Care   Best Sellers   Amazon Basics   Prime   Today's Deals   New Releases   Music   Customer Service   Groceries   Amazon Home   Registry   Books   Pharmacy   Gift Cards   Smart Home

EN   Account & Lists   & Orders

Search

Search Amazon

HOME        PODCASTS        LIBRARY



# A wounded Lion, Lionheart (Acapella)

Sharon Leslie Brown
1 SONG · 2 MINUTES · APR 21 2022

▶ Play        Purchase Options

02:27

**TRACKS**        DETAILS

**1** A wounded Lion, Lionheart (Acapella)

3669452 Records DK

.es   Prime   Música   Buscar Amazon.es   Mis Sonidos   Devoluciones
Estados Unidos
ES   Cuenta y listas   y Pedidos

Just Eat: Envío gratis con

Buscar

Todo   Los más vendidos   Amazon Basics   Ofertas   Prime   Música   Últimas Novedades   Informática   Audible   Hogar y cocina   Juguetes y juegos   Libros

Todos los departamentos

INICIO   PODCASTS   BIBLIOTECA

Álbum

# Israel: The Psalms and the old testament Bible (Acapella)

Sharon Leslie Brown
12 CANCIONES • 28 MINUTOS • MAY 22 2022

▶ Reproducir   Opciones de compra

Pg 35 of 45

CANCIONES   DETALLES

1   Israel,Sabbath Jericho, Jericho fell, the sound of the shabath] got a story to ...   02:44

2   Israel, I'm standing up Judah  Judah (Acapella)   02:15

3   O Jerusalem, Jerusalem, pray for the peace of Jerusalem, Psalms 122 (Acapella)   02:56

4   Psalms 8, O Lord our Lord, how excellent is thy name  O Lord (Acapella)   02:05

5   Psalms, oh why, why do the heathen rage, Judah at Psalm  Judah (Acapella)   01:44

6   Psalms 51, Have thy mercy upon me, oh God, hast been called to a marvellou... hast called...   01:35

Reproducir S.A.V.E.D You Feel Me: Stop Your Drug Fantasy (Acapella) de Sharon L...

https://www.amazon.com/-/es/dp/B0B86QVZ49

8/14/2024, 1:03 PM

Actualizar ubicación

ES   Cuenta y Listas   y Pedidos

¿Eres un cliente nuevo? Empieza aquí.

Identifícate

Buscar

Todo   Atención médica   Más Vendidos   Amazon Basics   Prime   Ofertas del Día   Nuevos lanzamientos   Música   Servicio al Cliente   Alimentos   Amazon Home   Listas   Libros   Farmacia   Tarjetas de Regalo

Todos   Buscar Amazon

INICIO    PODCASTS    BIBLIOTECA



ÁLBUM

# S.A.V.E.D You Feel Me: Stop Your Drug Fantasy (Acapella)

**Sharon Leslie Brown**

4 CANCIONES • 9 MINUTOS • JUL 09 2022

▶ Reproducir    Opciones de compra

**CANCIONES**    DETALLES

| | | |
|---|---|---|
| 1 | S.A.V.E.D You Feel Me, Stop Your Drug Fantasy, Fantasy, S.A.V.E... | 02:15 |
| 2 | S.A.V.E.D, Stop Your Drug Fantasy, Fantasy, no drugs (Acapella) | 02:02 |
| 3 | No Hollys Percocets by gully, No Drugs (Acapella) | 03:00 |
| 4 | Not Zooted, No drugs Zooted (Acapella) | 02:56 |

3869452 Records DK

PG 36 OF 45

1 of 3

Todo   Atención médica   Más Vendidos   Amazon Basics   Prime   Ofertas del Día   Nuevos lanzamientos   Música   Amazon Home   Listas   Libros   Farmacia   Alimentos   Servicio al Cliente

INICIO   PODCASTS   BIBLIOTECA

ÁLBUM

# God Laughed At Their Plan, Yahweh don't play, Psalms 2, Kiss the Son lest he be angry and ye perish from the...

Sharon Leslie Brown

4 CANCIONES • 10 MINUTOS • APR 05 2023

▶ Reproducir    Opciones de compra



**CANCIONES**   DETALLES

1   God Laughed At Their Plan, Psalms 2, Kiss the Son, lest he be angry and ye pe...    03:23

2   Psalms 2 two, Kiss the Son lest he be angry and ye perish from the way 2, Kiss...    02:20

3   Psalms two 3, Kiss the Son lest he be angry and ye perish from the way 3, Kis...    02:02

4   Psalms two 4, Kiss the Son lest he be angry and ye perish from the way 4, K'e...    02:12

3369452 Records DX

Pg 37
OF 45

Entrega en Saint Croix 00820
Actualizar ubicación

ES

¿Eres un cliente
nuevo? Empieza
aquí

Cuenta y Listas
y Pedidos

Identifícate

Todos · Buscar Amazon

Buscar

Todo   Atención médica   Más Vendidos   Amazon Basics   Prime   Ofertas del Día   Nuevos lanzamientos   Música   Servicio al Cliente   Alimentos   Amazon Home   Listas   Libros   Farmacia   Tarjetas de Regalo   Servicio...

INICIO       PODCASTS       BIBLIOTECA

# A wounded Lion, Lionheart (Acapella)

Sharon Leslie Brown
1 CANCIÓN · 2 MINUTOS · APR 21 2022

▶ Reproducir     Opciones de compra

CANCIONES       DETALLES

1   A wounded Lion, Lionheart (Acapella)       0:227

3869452 Records DK

PG 38
OF 45

Sign up     Log in

Home

Search

Your Library

**Create your first playlist**

It's easy, we'll help you

**Create playlist**

Legal    Safety & Privacy Center    Privacy Policy    Cookies

About Ads    Accessibility    Notice at Collection

Your Privacy Choices

Cookies

English

**Preview of Spotify**

Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.



Verified Artist

# Sharon L

0 monthly listeners

Follow

**Popular**

**Featuring Sharon Leslie Brown**



RADIO

**Sign up free**

pg 39 OF 45

Sign up        Log in

 Verified Artist

# Shar



0 monthly listeners

▶   ( Follow )

## Popular

### Featuring Sharon Leslie Brown



RADIO

## Sharon Leslie Brown

Sharon Leslie Brown Radio
By Spotify

**Home**

**Search**

**Your Library**          +

**Create your first playlist**
It's easy, we'll help you

**Create playlist**

**Let's find some podcasts to follow**
We'll keep you updated on new episodes

**Browse podcasts**

Legal   Safety & Privacy Center   Privacy Policy   Cookies

About Ads   Accessibility   Notice at Collection

Your Privacy Choices 

Cookies

( English )

*Pg 40 of 45*

**Preview of Spotify**
Sign up to get unlimited songs and podcasts with occasional ads. No credit card
needed.

Sign up free

b d  broadjizzle                    EXPLORE MUSIC    GO INTO THE STUDIO    SOCIALIZE    DISCOVER PARTNERSHIPS



**lionheart** 
NYC
**1405 Spins    54 Songs    37 Bookmarks**

Upload Tracks
Sell Tracks
Comment
Add Friends

HOME    ABOUT    **TRACKS**    FRIENDS    PICKS

# My Tracks

| | |
|---|---|
| ▶ yo jay...put your dog on a leash with intro by lionheart | 03/24/2010 |
| ▶ who is this mountain? by lionheart | 03/24/2010 |
| ▶ yo jay...put your dog on a leash by lionheart | 03/24/2010 |
| ▶ yo that's funny comedy showcase, yo that's funny by lionheart | 03/24/2010 |
| ▶ yo, that's funny comedy showcase, yo that's funny. by lionheart | 03/24/2010 |
| ▶ yo ... put your dog on a leash- remix by lionheart | 03/24/2010 |
| ▶ mastermind by lionheart | 03/13/2010 |
| ▶ they told me you bite -to the beat they call me d nice by lionheart | 03/13/2010 |
| ▶ i grew up in bed stuy by lionheart | 03/13/2010 |
| ▶ from bedstuy/ close to williamsburg- brooklyn is the word by lionheart | 03/13/2010 |
| ▶ brooklyn is the word/ from the Stuy by lionheart | 03/13/2010 |
| ▶ come out swingin' by lionheart | 03/03/2010 |
| ▶ o holy night by lionheart | 03/02/2010 |
| ▶ will you be there- tribute to the KOP- the king of pop by lionheart | 03/02/2010 |
| ▶ wounded lion by lionheart | 03/02/2010 |
| ▶ down in new orleans- God's been faithful by lionheart | 03/01/2010 |
| ▶ where were you- 9/11 song- is it in the Lord, It's in the Lord by lionheart | 03/01/2010 |
| ▶ comeout swingin' by lionheart | 03/01/2010 |

pg 41 of 45


EXPLORE MUSIC      GO INTO THE STUDIO      SOCIALIZE      DISCOVER PARTNERSHIPS



**lionheart**
NYC
**1405 Spins      54 Songs      37 Bookmarks**

Upload Tracks

Sell Tracks

Comment

Add Friends

HOME      ABOUT      **TRACKS**      FRIENDS      PICKS

# My Tracks

| | |
|---|---|
| ▶ say, say,say by lionheart | 03/01/2010 |
| ▶ will you be there by lionheart | 03/02/2010 |
| ▶ one verse by lionheart | 03/01/2010 |
| ▶ God and God alone by lionheart | 03/02/2010 |
| ▶ "the name of the lord" (is a) "strong tower" by lionheart | 03/01/2010 |
| ▶ old school song by lionheart | 03/01/2010 |
| ▶ one verse - better version by lionheart | 03/01/2010 |
| ▶ come out swingin' by lionheart | 02/27/2010 |
| ▶ one verse by lionheart | 02/27/2010 |
| ▶ the sound of the shabach- jericho fell by lionheart | 02/27/2010 |
| ▶ sinner, sinner- sin no more by lionheart | 02/27/2010 |
| ▶ lionheart- snipet by lionheart | 02/27/2010 |
| ▶ wounded lion by lionheart | 02/27/2010 |
| ▶ for i know, Jesus Christ is Lord by lionheart | 02/27/2010 |

« first   ‹ previous   1  2  **3**

About Us              Help              Legal              Press

About Boomdizzle      How To          Privacy Policy      Boomdizzle Press
Contact Us                              User Agreement
                                        DMCA



**Lafayette**
306492 Spins    89 Songs    230 Bookmarks

COMMENT

uploaded a new track Nutso on 11/29/2018 19:01:49

1  2  3  4  5  6  7  8  9  ...  next ›  last »

# Alerts

Luciano and Music South sent you a friend request on 06/19/2015 05:41:36    ACCEPT  DENY

robinlynne sent you a friend request on 05/18/2015 07:05:08    ACCEPT  DENY

Johncash sent you a friend request on 09/26/2014 22:16:10    ACCEPT  DENY

Mahdi Da MThree sent you a friend request on 12/09/2013 03:20:37    ACCEPT  DENY

RIVACYDE RECORDS sent you a friend request on 10/24/2013 00:16:03    ACCEPT  DENY

coopdvealflava sent you a friend request on 11/20/2012 09:40:05    ACCEPT  DENY

THISISM6 sent you a friend request on 10/20/2012 01:50:05    ACCEPT  DENY

Vandoe3 became your friend on 08/17/2012 09:55:35

Rosa Rell and T-Stunna became your friend on 08/17/2012 09:55:32

Robert Broadway became your friend on 08/17/2012 09:55:29

1  2  3  4  5  6  7  8  9  next ›  last »

About Us                Help                Legal                Press

About Boomdizzle        How To              Privacy Policy        Boomdizzle Press
Contact Us                                  User Agreement
                                            DMCA

Copyright 2011 Boomdizzle Networks Inc. All rights reserved.

x



Pg 44
OF 45

Pg 45
of 45